UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

                 -v.-

SANDGRENS, LLC,

                        Defendant.

23 Civ. 2777 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Defendant's executed waiver of service filed April 27, 2023, which sets forth an answer deadline of June 26, 2023. (Dkt. #7). To allow the parties sufficient time to prepare for the initial pretrial conference, the conference currently scheduled for June 30, 2023, is hereby ADJOURNED to **July 7, 2023, at 10:00 a.m.**

      SO ORDERED.

Dated:  April 28, 2023
             New York, New York

                                                 KATHERINE POLK FAILLA
                                                 United States District Judge