**LAW OFFICES OF NOLAN KLEIN, P.A.**             **ATTORNEYS & COUNSELORS**

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com                                                        **Nolan Klein**, Esq.
                                                                                        klein@nklegal.com

August 15, 2023

**VIA ECF and EMAIL to: Failla_NYSDChambers@nysd.uscourts.gov**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

         Re: **Toro v. Sandgrens, LLC**
               ***SDNY Case No.: 1:23-cv-02777***

Dear Judge Failla,

     The parties hereby notify this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement, and request thirty (30) days to file a Notice of Dismissal with Prejudice. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned *sine die*.

                                                 Respectfully Submitted,

                                                **Law Offices of Nolan Klein, P.A.**

                                                By: /s/ Nolan Klein
                                                      NOLAN K. KLEIN
                                                      (NK4223)

NKK/amd
cc: Mars Khaimov, Esq. (via ECF)